CHRIS PEDERSEN, Appellant, *v.* J. F. FITZGERALD CONSTRUCTION COMPANY, Respondent.

Argued March 10, 1942; decided June 18, 1942.

*William E. J. Connor* for appellant.

*Jacob D. Hyman, Charles R. Reynolds, Jr., Warner W. Gardner, Irving J. Levy, Mortimer B. Wolf* and *Arthur E. Reyman* for Administrator of Wage and Hour Division, United States Department of Labor, *amicus curiæ*.

*Henry E. Foley* and *Charles E. Nichols* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.